# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2480

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Kenneth M. Williams, | * | Western District of Missouri. |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: February 4, 2005
Filed: February 9, 2005

_____

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Kenneth Williams appeals from the final judgment entered by the district court[1] upon his guilty plea to a felon-in-possession charge, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1). On appeal, his counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967). Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75 (1988), we agree with counsel that there are no nonfrivolous issues for appeal, in view of the district court's imposition

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

of the statutory minimum sentence, to which Williams did not object.  Accordingly, we affirm.  We also grant counsel's motion to withdraw.

_____